# In the United States District Court
# For the Northern District of Alabama

2:07-CV-467-MEF

DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Terry Armstrong, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?  Yes ( )   No (✓)

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. 1995 Temp Service $975.00 a month

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?  Yes ( )   No (✓)
   b. Rent payments, interest or dividends?  Yes ( )   No ( )
   c. Pensions, annuities or life insurance payments?  Yes ( )   No (✓)
   d. Gifts or inheritances?  Yes ( )   No (✓)
   e. Any other sources?  Yes ( )   No (✓)

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own cash, or do you have money in a checking or savings account?

   Yes ( )   No (✓)   (Include any funds in prison accounts.)

   If the answer is "Yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ( )    No (✓)

If the answer is "yes," describe the property and state its approximate value.

_____
_____
_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____
_____
_____
_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _14th day of May 2007_.
(date)

_Terry Armstrong_  AIS# 172250
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 0.32 on account to his credit at the _Ventress_ institution where he is confined on this _N/A_ (date).

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.)

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $___ See ___ on the 1st day of _attached_
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

_Computed balances attached_

_[signature]_
Authorized Officer of Institution

5/15/07

-2-

```
                        STATE OF ALABAMA
                    DEPARTMENT OF CORRECTIONS
                        VENTRESS CORR FAC


AIS #: 172250      NAME: ARMSTRONG, TERRY              AS OF: 05/15/2007

                      # OF        AVG DAILY       MONTHLY
            MONTH     DAYS         BALANCE        DEPOSITS
-------------------------------------------------------------------------

            MAY        16           $0.00          $0.00
            JUN        30           $0.00          $0.00
            JUL        31           $0.00          $0.00
            AUG        31           $0.00          $0.00
            SEP        30           $0.00          $0.00
            OCT        31           $0.00          $0.00
            NOV        30           $0.00          $0.00
            DEC        31           $0.00          $0.00
            JAN        31           $0.00          $0.00
            FEB        28           $0.01          $0.08
            MAR        31           $2.57         $25.00
            APR        30          $11.26         $95.00
            MAY        15           $0.32          $0.00
```



Office Of The Clerk
United State District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

NAME Jerry Armstrong    AIS #172250    DORM # 04-204
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

Legal Mail

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."